## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00201-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FELIX SOLIS, a/k/a Robert Rodriguez,

    Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on June 19, 2014, it is hereby

ORDERED that Defendant Felix Solis is sentenced to **TIME SERVED.**

Dated:  June 19, 2014.

                    BY THE COURT:

                    /s/ Wiley Y. Daniel
                    WILEY Y. DANIEL,
                    SENIOR UNITED STATES DISTRICT JUDGE